UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

MARITZA REYES,

    Appellant,

v.

Appeal No.: 25-10453-G
District Ct. No.: 6:22-cv-01525-WWB-DCI

FLORIDA A&M UNIVERSITY
BOARD OF TRUSTEES,

    Appellee.

_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT
(amended as to Certificate of Service only)**

Pursuant to 11th Cir. R. 26.1-1(a), Appellee, Florida A&M University Board of Trustees, provides the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, and other identifiable legal entities related to a party. There are no subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that own 10% or more of a party's stock as there are no corporate parties to this action.

    1.    Berger, Wendy W., U.S. District Judge, Middle District of Florida;

    2.    Florida A&M (Agricultural and Mechanical) University Board of Trustees, Appellees:

        a.   Kristin Harper, Chair

       b. Deveron Gibbons, J.D., Vice Chair
       c. Belvin Perry, Jr., Member
       d. Craig Reed, Member
       e. Emery A. Gainey, Member
       f. Ernie Ellison, Member
       g. Jamal A. Brown, Dr., Member
       h. John Crossman, Member
       i. Kelvin Lawson, Member
       j. Loryn May, Member
       k. Michael White, Member
       l. Natlie G. Figgers, Member
       m. Nicole Washington, Member

3. Hatcher-Bolin, Kristie, Esq., Attorney for Appellee, Florida A&M University Board of Trustees;

4. Irick, Daniel C., U.S. Magistrate Judge;

5. Mitchell, Richard E., Esq., Attorney for Appellee, Florida A&M University Board of Trustees;

6. Reiner, Sarah P.L., Esq., Attorney for Appellee, Florida A&M University Board of Trustees;

7. Reyes, Maritza I., Esq., pro se Appellant;

8. Spradley, Susan T., Esq., Attorney for Appellee, Florida A&M University Board of Trustees;

9. Zolty, Julie, Esq., Attorney for Appellee, Florida A&M University Board of Trustees;

10. GrayRobinson, P.A., Attorneys for Appellee, Florida A&M University Board of Trustees.

# CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was electronically filed on March 11, 2025 using the ECF system which will automatically transmit a copy to:

Maritza Reyes, Esq., Pro Se
P.O. Box 5102
Winter Park, FL 32793
mreyesclaim@gmail.com

                                  **GRAY | ROBINSON, P.A.**

                                  */s/ Kristie Hatcher-Bolin*
                                  **SARAH P. L. REINER, ESQ.**
                                  Florida Bar No. 520195
                                  Sarah.reiner@gray-robinson.com
                                  Chantal.mccoy@gray-robinson.com
                                  **RICHARD E. MITCHELL, ESQ.**
                                  Florida Bar No. 0168092
                                  Rick.mitchell@gray-robinson.com
                                  Maryann.hamby@gray-robinson.com
                                  **JULIE M. ZOLTY, ESQ.**
                                  Florida Bar No. 1036454
                                  Julie.zolty@gray-robinson.com
                                  Roseann.foster@gray-robinson.com
                                  301 E. Pine Street, Ste. 1400
                                  Orlando, FL 32801
                                  Telephone: (407) 843-8880
                                  Facsimile: (407) 244-5690

                                  **KRISTIE HATCHER-BOLIN, ESQ.**
                                  Florida Bar No. 521388
                                  kristie.hatcher-bolin@gray-robinson.com
                                  linda.anderson@gray-robinson.com
                                  Post Office Box 3
                                  Lakeland, Florida 33802-0003
                                  Telephone:  (863) 284-2251
                                  Facsimile:  (863) 683-7462
                                  Counsel for Appellee

/4120287/124#48957449 v1