# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**MARITZA REYES,**

    Appellant,

v.                                                             CASE NO.: 25-10453-G

**FLORIDA A&M UNIVERSITY
BOARD OF TRUSTEES ("FAMU"),**

    Appellee.

_____

## APPELLANT'S MOTION TO BE EXCUSED FROM SENDING A PAPER COPY OF THE APPENDIX TO THE COURT

Pursuant to Rule 27(a)(1) of the Federal Rules of Appellate Procedure, Appellant, Maritza Reyes, respectfully submits Appellant's Motion to be Excused from Sending a Paper Copy of the Appendix to the Court.

Appellant is proceeding *pro se* in this appeal. As such, she is required to send to the Court one (1) paper copy of the Appendix in accordance with the "Memorandum to Counsel or Parties" issued by the Office of the Clerk of Court on September 3, 2025. (D.E. 31 at 1).[1]

---

[1] References to the record in this Motion are as follows: (a) Citations in the format (D.E.) refer to the document number of materials filed in this appeal; and (b)

After following the guidelines for preparation of the Appendix stated in Rule 30(a)(1) of the Federal Rules of Appellate Procedure and Rule 30-1 of the Eleventh Circuit Rules, Appellant's Appendix consisted of 1,772 pages. (D.E. 22). In their briefs, both parties cited to the docket entry numbers on the Case Docket for Case No. 6:22-cv-01525-WWB-DCI in the United States District Court for the Middle District of Florida.

Appellant is currently unemployed as a result of Appellee, Florida A&M University Board of Trustees ("FAMU"), wrongfully terminating her from her tenured faculty position, after fifteen (15) years of employment, during the course of the litigation in the court below. *See* Decl. of Pl. Maritza Reyes (Doc. 106-1 at 1-5). Appellant will incur the expenses (copies, covers, binding, and mailing) to prepare and submit to the Court two (2) copies of each of her two (2) briefs (Opening Brief of 72 pages and Reply Brief of 43 pages). (D.E. 21 and D.E. 29). In light of her current financial circumstances, which were caused by Appellee's wrongful termination, Appellant respectfully requests that this Court excuse her from incurring the additional expenses of preparing and sending a paper copy of the Appendix.

Dated this 8th day of September, 2025.

---

Citations in the format (Doc.) refer to the document number of materials filed on the Case Docket for Case No. 6:22-cv-01525-WWB-DCI in the United States District Court for the Middle District of Florida.

Respectfully submitted,

<u>/s/ Maritza Reyes,</u> *<u>Pro Se</u>*
P.O. Box 5102
Winter Park, FL 32793
mreyesclaim@gmail.com
305-308-8200

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)**

Pursuant to Rule 27-1(a)(10) of the Eleventh Circuit Rules, the undersigned Appellant certifies that the following listed persons and entities have an interest in the outcome of this case:

## **Judges**

- Berger, Wendy W., U.S. District Court Judge for the Middle District of Florida

- Hoffman Price, Leslie, U.S. District Court Magistrate Judge for the Middle District of Florida

- Irick, Daniel C., U.S. District Court Magistrate Judge for the Middle District of Florida

- Kidd, Embry J., U.S. Circuit Judge, United States Court of Appeals Eleventh Circuit (former U.S. District Court Magistrate Judge for the Middle District of Florida)

## **Appellant**

- Maritza Reyes, former Professor of Law, FAMU

## **Appellee - FAMU Board of Trustees**

- Brown, Jamal A., Ph.D., Faculty Senate President

- Bryant, Zayla, Student Senate President

- Cavazos, Ann Marie, Professor of Law, former Trustee

- Cliatt, II, Ottis, former Trustee
- Crossman, John
- Dopson-Rodriguez Jocelyn
- Ellison, Earnie, former Trustee
- Figgers, Natlie G.
- Gainey, Emery A.
- Gibbons, Deveron
- Harper, Kristin
- Lawson, Kelvin, former Trustee
- May, Loryn, former Trustee
- Perry, Jr., Belvin
- Reed, Craig
- Stone, Kenward ("Kenny"), former Trustee
- Vazquez, Raphael
- Washington, TaShaunda ("Nicole")
- White, Michael, former Trustee

**FAMU's Attorneys**

- Coates, Kentayvia L., Esq., Associate General Counsel and Director of Labor Relations, FAMU

- Elijah, Iris A., Esq., Deputy General Counsel, FAMU

- Espino Wydler, Lourdes, Esq., Wydler Law

- Hatcher-Bolin, Kristie, Esq., GrayRobinson, P.A.

- McKnight, Avery, Esq., Vice President and General Counsel, FAMU

- McKenzie, Tiffany, Esq., Assistant General Counsel, FAMU

- Mitchell, Richard ("Rick") E., Esq., GrayRobinson, P.A.

- Reiner, Sarah P. L., Esq., GrayRobinson, P.A.

- Santoro, Maria, A., Esq., Sniffen & Spellman, P.A.

- Self, David C., Esq. Associate General Counsel, FAMU

- Spradley, Susan T., Esq., GrayRobinson, P.A.

- Thomas, Shira, R., Esq., Chief Policy Officer and University Counsel (former Interim Vice President and General Counsel/Chief Policy Officer), FAMU

- Wallace, Doris Denise, Esq., former Vice President and General Counsel/Chief Policy Officer, FAMU

- Ward, Teresa Cooper, Esq., Sniffen & Spellman, P.A.

- Zolty, Julie M., Esq., GrayRobinson, P.A.

**Other FAMU Employees (including former employees)**

- Abrams, Robert ("Rob"), Professor of Law

- Boothe-Perry, Nicola ("Nicky"), A., former Professor of Law

- Broussard, Patricia ("Pat"), Professor of Law

- Calhoun, Rica, Chief Compliance and Ethics Officer

- Chin, Andrew, D., Associate Professor, Dean of the School of Architecture + Engineering Technology (SAET)

- Cooper, Markita, Professor of Law

- Edington, Maurice, D., former Provost, FAMU

- Fineman, Jonathan, Associate Professor of Law

- Gavin, Carrie, former Director, Office of Equal Opportunity and Labor Relations

- Graham, Mildred, Advancement/Alumni Affairs

- Green, Reginald, M., Associate Dean for Student Services and Administration

- Griffin, Ronald ("Ron"), Professor of Law

- Henslee, William ("Bill"), Professor of Law

- Howard, Cecil, Associate Provost for Academic Programs and Interim Dean of the College of Law

- Johnson, Marva, President

- Jones, Darryll, Professor of Law
- Keller, Deidre, former Dean College of Law
- Langston, Lundy, Professor of Law
- Lawson, Kelvin, Executive Vice President and Chief Operating Officer
- Levitt, Jeremy, Professor of Law
- Maleszewski, Joseph, Vice President for Audit
- Pernell, LeRoy, former Dean
- Perry, Reginald J., Associate Provost for Academic and Faculty Affairs
- Persaud, Shiv, Associate Professor of Law
- Reaves, Rhonda, Professor of Law
- Robinson, Larry, former President
- Saleem, Omar, Professor of Law
- Scott, Latrecha K., Director of Office of Equal Opportunity Programs & Labor Relations/Title IX
- Smith, Jennifer, former Professor of Law
- Snyder, Adrienne, Chief of Staff
- Taite, Phyllis, former Professor of Law
- Watson Allyson, Provost and Vice President for Academic Affairs
- Wesson, Dale G., Interim Dean, College of Agriculture and Food Sciences
- Williams, Eurilynne, A., Associate Professor of Law

**Entities**

- Florida Agricultural and Mechanical University ("Florida A&M University" or "FAMU")

- GrayRobinson P.A., counsel for FAMU

- Sniffen & Spellman, P.A., counsel for FAMU

- Wydler Law, counsel for FAMU

**CERTIFICATE OF COMPLIANCE WITH RULE 26.1-3**

I hereby certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ *Maritza Reyes*
Maritza Reyes, *Pro Se*

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this brief complies the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A). It also complies with the typeface and style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6).

/s/ *Maritza Reyes*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, which will send notice to Appellee's attorneys.

/s/ *Maritza Reyes*