# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10453
_____

MARITZA REYES,

                                                               *Plaintiff-Appellant,*

versus

FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES (FAMU),

                                                               *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-01525-WWB-DCI
_____

ORDER:

      Appellant's Motion to be Excused from Sending a Paper Copy of the Appendix to the Court is GRANTED.

                                                    /s/ Britt C. Grant
                                                UNITED STATES CIRCUIT JUDGE