# CASE NO. 25-10453-G
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**MARITZA REYES,**
Plaintiff/Appellant,

v.

**FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES,**
Defendant/Appellee.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**District Court Case No. 6:22-cv-01525-WWB-DCI**

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLEE

**GRAYROBINSON, P.A.**

JULIE ZOLTY, ESQ.
Florida Bar No.: 1036454
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 telephone
(407) 244-5690 facsimile

*Attorneys for Appellee, The Florida Agricultural and Mechanical University Board of Trustees*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby certify the following is a complete list of the district court judges, attorneys, persons, associations of persons, firms, partnerships, corporations (including subsidiaries, conglomerates, affiliates, parent corporations, and any publicly held corporation owning 10% or more of the party's stock), and other identifiable legal entities related to a party that have an interest in this case. The Florida Agricultural and Mechanical University Board of Trustees ("FAMU") is a Florida public body corporate, and is not publicly traded, nor does it have any subsidiaries, affiliates, or related business entities.

1. Berger, Wendy W. – United States District Judge, Middle District of Florida, Orlando Division;

2. GrayRobinson, P.A.—Attorneys for Defendant/Appellee;

3. Hatcher-Bolin, Kristie—Attorney for Defendant/Appellee;

4. Hoffman Price, Leslie – United States Magistrate Judge, Middle District of Florida, Orlando Division;

5. Irick, Daniel C. – United States Magistrate Judge, Middle District of Florida, Orlando Division;

6. Kidd, Embry J. — Former United States Magistrate Judge, Middle District of Florida, Orlando Division;

7. Mitchell, Richard E.—Attorney for Defendant/Appellee;

8.     Reiner, Sarah P.L.—Attorney for Defendant/Appellee;

9.     Reyes, Maritza—Plaintiff/Appellant;

10.     Spradley, Susan T.—Attorney for Defendant/Appellee

11.     The Florida Agricultural and Mechanical University Board of Trustees—Defendant/Appellee;

12.     Zolty, Julie M.—Attorney for Defendant/Appellee.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLEE

Pursuant to Eleventh Circuit Rules 27-1 and 46-10, Julie M. Zolty, respectfully requests that this Court grant her Motion to Withdraw and allow the undersigned counsel to withdraw as counsel in this matter for Appellee, Florida A&M University Board of Trustees ("Appellee"), and in support states:

1. Julie M. Zolty desires to withdraw as counsel of record in this matter for Appellee. There are no irreconcilable differences between movant and Appellee. The undersign counsel's last day with GrayRobinson is December 31, 2025, and she has accepted a position at another organization.

2. Julie M. Zolty certifies that Appellee has no objection and consents to the withdrawal of the undersigned counsel.

3. No party will be prejudiced by the withdrawal, as Appellee continues to be represented in this matter by GrayRobinson, P.A.'s attorneys, Kristie Hatcher-Bolin (lead counsel), Sarah P. L. Reiner and Richard E. Mitchell.

**WHEREFORE**, Julie M. Zolty, respectfully request this Honorable Court enter an Order granting her withdrawal as counsel for Appellee and directing the Clerk of Court to remove Julie M. Zolty from the service list in this matter.

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 694 words.

2. This document complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1)(E) because: this document has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed on December 19, 2025, using the ECF system which will automatically transmit a copy to:

Maritza Reyes, Esq., Pro Se
P.O. Box 5102
Winter Park, FL 32793
mreyesclaim@gmail.com

**GRAY | ROBINSON, P.A.**

*/s/ Julie M. Zolty*
**JULIE M. ZOLTY, ESQ.**
Florida Bar No. 1036454
Julie.zolty@gray-robinson.com
Chantal.mccoy@gray-robinson.com
301 E. Pine Street, Ste. 1400
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Counsel for Defendant/Appellee*