# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 25-10453

MARITZA REYES,

*Plaintiff-Appellant,*

versus

FLORIDA A&M UNIVERSITY BOARD OF TRUSTEES (FAMU),

*Defendant-Appellee.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-01525-WWB-DCI

ORDER:

Julie M. Zolty's motion to withdraw as counsel for the Appellee is GRANTED.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE